IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREGORY DOCTOR,

    Petitioner,

v.                                                         CASE NO. 4:08-cv-00106-MP-WCS

R FRED LEWIS, et al.,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate Judge, recommending that the Petition for Writ of Habeas Corpus be summarily dismissed. The Petitioner filed objections, doc. 7, which the Court has reviewed. The Court agrees with the Magistrate Judge that all of plaintiff's claims but one attempt to have this Court interfere with an ongoing state criminal prosecution. The Court agrees that Petitioner has not shown the extraordinary circumstances necessary to justify such federal interference. Second, the Court agrees with the Magistrate Judge that on the remaining claim, regarding Petitioner's medical treatment, the Petitioner has not exhausted state administrative remedies. Thus, all of his claims should be summarily dismissed. It is hereby

    **ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file. The motion for appointment of counsel, doc. 8, is denied.

    **DONE AND ORDERED** this *19th* day of June, 2008

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge